# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> M&T BANK CORPORATION, <br> Defendant. | Civil Action No. _____ <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC state that they are limited liability companies that do not have a parent company and that no publicly held corporation owns 10% or more of Intellectual Ventures I LLC's or Intellectual Ventures II LLC's stock.

| | |
|---|---|
| Dated: July 24, 2013 | Respectfully submitted, <br><br> FARNAN LLP <br><br> /s/ Brian E. Farnan <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 North Market Street <br> 12th Floor <br> Wilmington, DE 19801 <br> Telephone: 302-777-0300 |
| Of Counsel: | Facsimile: 302-777-0301 <br> bfarnan@farnanlaw.com |
| Margaret Elizabeth Day <br> Ian N. Feinberg <br> David L. Alberti <br> Clayton Thompson <br> Sal Lim <br> Yakov Zolotorev <br> Marc Belloli | |

FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618.4360
Facsimile: (650) 618.4368
eday@feinday.com
ifeinberg@feinday.com
dalberti@feinday.com
cthompson@feinday.com
slim@feinday.com
yzolotorev@feinday.com
mbelloli@feinday.com

*Attorneys for Plaintiffs Intellectual Ventures I and Intellectual Ventures II*