IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MANUFACTURERS AND TRADERS TRUST COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 13-cv-1274-SLR |

## REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Local Rule 7.1.4, Manufacturers & Traders Trust Company ("M&T") hereby respectfully requests oral argument on its Motion to Dismiss Plaintiffs' First Amended Complaint (D.I. 16). The briefing on the Motion (D.I. Nos. 17, 18, 19) was completed on December 30, 2013.

RLF1 9745244v.1

|  |  |
|---|---|
| OF COUNSEL:<br><br>Frank M. Gasparo<br>Todd M. Nosher<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>New York, NY  10020<br>(212) 370-6273<br>fmgasparo@Venable.com<br><br>William D. Coston<br>Martin Saad<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>(202) 344-4000<br>wdcoston@venable.com<br><br>Dated:  January 2, 2014 | /s/ Travis S. Hunter<br>Chad M. Shandler (#3796)<br>Travis S. Hunter (#5350)<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7836<br>shandler@rlf.com<br>hunter@rlf.com<br><br><br><br>*Attorneys for Defendant Manufacturers and Traders Trust Company* |