IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MANUFACTURERS AND TRADERS TRUST COMPANY, <br><br> Defendant. | Civil Action No. 13-cv-1274-SLR |

## STIPULATION AND ORDER REGARDING STAY

WHEREAS Defendant Manufacturers and Traders Trust Company ("M&T") filed a motion to dismiss the First Amended Complaint ("Motion to Dismiss") filed by plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively "IV") on the ground that the Patents-in-Suit fail to claim patentable subject matter under 35 U.S.C. §101;

WHEREAS pending before the Supreme Court of the United States is *Alice Corporation Pty. Ltd. v. CLS International Corp v. Alice International*, Dkt No. 13-298 ("*Alice Corp. v. CLS International*"), in which the scope of patentable subject matter under 35 U.S.C. §101 is expected to be elucidated; and

WHEREAS *Alice Corp. v. CLS International* is expected to be decided by June 30, 2014;

THEREFORE M&T and IV agree and stipulate that this entire case should be stayed up to and including July 14, 2014, to allow M&T and IV to assess the effect of the Supreme Court's decision in *Alice Corp. v. CLS International* on the Motion to Dismiss.

1

Dated:  February 3, 2014            Respectfully submitted,

| | |
|---|---|
| /s/ Chad M. Shandler | /s/ Brian E. Farnan |
| Chad M. Shandler (#3796) | Brian E. Farnan (Bar No. 4089) |
| Travis S. Hunter (#5350) | Farnan LLP |
| Richards Layton Finger, P.A. | 919 North Market Street, 12th Floor |
| One Rodney Square | Wilmington, DE 19801 |
| 920 North King Street | (302) 777-0300 |
| Wilmington, DE 19801 | (302)777-0301 |
| (302) 651-7836 | bfarnan@farnanlaw.com |
| shandler@rlf.com | |
| hunter@rlf.com | Margaret Elizabeth Day - *pro hac vice* |
| | Email:  eday@feinday.com |
| OF COUNSEL: | Ian N. Feinberg - *pro hac vice* |
| | Email:  ifeinberg@feinday.com |
| Frank M. Gasparo | David L. Alberti - *pro hac vice* |
| Todd M. Nosher | Email: dalberti@feinday.com |
| Venable LLP | Clayton Thompson - *pro hac vice* |
| Rockefeller Center | Email:  cthompson@feinday.com |
| 1270 Avenue of the Americas | Marc C. Belloli - *pro hac vice* |
| New York, NY 10020 | Email: mbelloli@feinday.com |
| 212 370-6273 | Sal Lim - *pro hac vice* |
| fmgasparo@venable.com | Email:  slim@feinday.com |
| | Yakov Zolotorev - *pro hac vice* |
| William D. Coston | Email:  yzolotorev@feinday.com |
| Martin Saad | Peter Mikhail - *pro hac vice* |
| Venable LLP | Email:  pmikhail@feinday.com |
| 575 7th Street, NW | FEINBERG DAY ALBERTI & |
| Washington, DC  20004 | THOMPSON LLP |
| 202 344-4000 | 1600 El Camino Real, Suite 280 |
| wdcoston@venable.com | Menlo Park, CA 94025 |
| | Telephone:  (650) 618.4360 |
| *Attorneys for Defendant Manufacturers and Traders Trust Company* | Facsimile:   (650) 618.4368 |
| | *Attorneys for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC* |

**IT IS SO ORDERED** that this case is stayed in its entirety until July 14, 2014.

Date: _____

                                         The Honorable Sue L. Robinson