IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>MANUFACTURERS AND TRADERS<br>TRUST COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 13-1274-SLR<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 18th day of December, 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss (D.I. 16) is granted in part and denied in part.

                                                                                            _____<br>
                                                                                            United States District Judge