# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MANUFACTURERS AND TRADERS TRUST COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 13-cv-1274-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION [AND PROPOSED ORDER] TO STAY LITIGATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to the approval of the Court, that the above-captioned matter will be stayed until the final resolution of the appeal filed May 13, 2014 in *Intellectual Ventures I LLC v. Capital One Financial*, United States Court of Appeals for the Federal Circuit Case No. 14-1506, of the final judgment entered in Case No. 1:13-cv-740 in the United States District Court for the Eastern District of Virginia, Alexandria Division on April 22, 2014 (D.I. 376), and of the Order and Opinion granting summary judgment to defendants in that action on April 16, 2014 (D.I. 371 & 372), finding invalid, *inter alia*, the Patent-in-Suit in the above-captioned matter.

Dated February 6, 2015                                   Respectfully submitted,

*/s/Brian E. Farnan*                                     */s/* Travis S. Hunter
Brian E. Farnan (Bar No. 4089)                           Chad M. Shandler (#3796)
**FARNAN LLP**                                           Travis S. Hunter (#5350)
919 North Market Street                                  **RICHARDS LAYTON & FINGER**
12th Floor                                               One Rodney Square
Wilmington, DE 19801                                     920 North King Street
Telephone: 302-777-0300                                  Wilmington, DE  19801
Facsimile: 302-777-0301                                  Tel: (302) 651-7836
bfarnan@farnanlaw.com                                    shandler@rlf.com
                                                         hunter@rlf.com
Ian Feinberg
**FEINBERG DAY ALBERTI**                                 Frank M. Gasparo
**& THOMPSON LLP**                                       Todd M. Nosher
1600 El Camino Real, Suite 280                           **VENABLE LLP**
Menlo Park, CA 94025                                     Rockefeller Center
Tel: (650) 618-4360                                      1270 Avenue of the Americas
                                                         New York, NY  10020
                                                         Tel: (212) 370-6273
                                                         fmgasparo@Venable.com
                                                         tmnosher@venable.com

                                                         William D. Coston
                                                         Martin Saad
                                                         **VENABLE LLP**
                                                         575 7th Street, NW
                                                         Washington, DC 20004
                                                         Tel: (202) 344-4000
                                                         wdcoston@venable.com


IT IS SO ORDERED this _____ day of _____, 2015.


                                              _____
                                              The Honorable Sue L. Robinson