IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>MANUFACTURERS AND TRADERS TRUST COMPANY,<br><br>　　　Defendant. | Civil Action No. 13-cv-1274-SLR |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC, ("Intellectual Ventures") and Manufacturers and Traders Trust Company ("M&T") hereby stipulate and agree to dismissal WITH PREJUDICE of this action. Each party will bear its own costs and attorneys' fees.

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ Chad M. Shandler* |
| Brian E. Farnan (#4089) | Chad M. Shandler (#3796) |
| Farnan LLP | Travis S. Hunter (#5350) |
| 919 North Market Street | Richards Layton & Finger |
| 12th Floor | One Rodney Square |
| Wilmington, DE 19801 | 920 North King Street |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 651-7836 |
| | shandler@rlf.com |
| Attorneys for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC | hunter@rlf.com |
| | Attorneys for Defendant Manufacturers and Traders Trust Company |

DATED:  September 1, 2015

**IT IS SO ORDERED**, this _____ day of _____, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge